UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 08-372 (JNE/JSM) |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| ROBERT ALLEN WOIDA, | |
| Defendant. | |

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated February 9, 2009. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, IT IS HEREBY ORDERED that:

1. Defendant Robert Allen Woida's Motion to Suppress Evidence Obtained as a Result of Search and Seizure [Docket No. 20] is **DENIED**; and

2. Defendant Robert Allen Woida's Motion to Suppress Statements, Admissions, and Answers [Docket No. 21] is **DENIED**.

Dated: March 9, 2009

                                                                                s/ Joan N. Ericksen
                                                                                 JOAN N. ERICKSEN
                                                                                  United States District Court Judge